1  K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California 95112
Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiffs
John Morales

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No: 1:11-CV-00392-OWW-SKO |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JACKIE EA and THANY KAING dba MOM'S OL' FASHION HAMBURGERS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and Defendants Jackie Ea and Thany Kaing dba Mom's Ol' Fashion Hamburgers ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

///

*Morales v. Ea, et al.*
Stipulation for Dismissal; Order

Page 1

| | |
|---|---|
| Date: June 9, 2011 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore<br>Tanya E. Moore<br>Attorney for Plaintiff John Morales |
| Date: June 9, 2011 | CASWELL BELL & HILLISON LLP |
| | /s/ Kimberly L. Mayhew<br>Kimberly L. Mayhew, Attorneys for Defendants Jackie Ea and Thany Kaing dba Mom's Ol' Fashion Hamburgers |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff John Morales and Defendants Jackie Ea and Thany Kaing dba Mom's Ol' Fashion Hamburgers shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff John Morales and Defendants Jackie Ea and Thany Kaing dba Mom's Ol' Fashion Hamburgers, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Defendants Jackie Ea and Thany Kaing dba Mom's Ol' Fashion Hamburgers are dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   **June 9, 2011**          /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE